**Order entered June 11, 2014**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00871-CV

**ERIC DRAKE, Appellant**

**V.**

**TRAVELERS INDEMNITY COMPANY, ET AL, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-01062**

## ORDER

We **GRANT** appellant's June 9, 2014 motion for extension of time to file brief and **ORDER** the brief be filed no later than July 14, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/ ADA BROWN
JUSTICE